In the Matter of the Application of Fred W. Silberkraus for the Appraisal of Certain Stock of Schaffer Stores Company, Inc. In the Matter of the Application of William H. Brown for the Appraisal of Certain Stock of Schaffer Stores Company, Inc. In the Matter of the Application of Esther B. Silberkraus for the Appraisal of Certain Stock of Schaffer Stores Company, Inc.—

Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.